```
___ FILED        ___ RECEIVED
___ ENTERED      ___ SERVED ON
         COUNSEL/PARTIES OF RECORD

         NOV 2 4 2020

    CLERK US DISTRICT COURT
       DISTRICT OF NEVADA
BY: _____ DEPUTY
```

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>JOSE HILARIO REYES<br><br>Defendant. | Case No. 2:20-mj-01000-DJA<br><br>**WAIVER OF RIGHT TO APPEAR IN PERSON AT CRIMINAL PROCEEDING** |

I understand that I have a right to appear in person in court at the initial appearance/detention hearing in this case scheduled for November 24, 2020. I have been advised of the nature of this proceeding and my right to appear in person. I have been informed that I may appear by video teleconference, or telephone conference if video conference is not reasonably available, in light of the spread of the COVID-19 virus in the District of Nevada and in order to protect my health and safety, as well as those of the attorneys, the court and court staff.

Understanding my right to appear in person, I knowingly and voluntarily waive my right to appear at this proceeding in person, and I consent to appear by video teleconference or by telephone conference where the video teleconference is not reasonably available. I consulted with my attorney prior to deciding to waive my right to appear in person at this proceeding.

/s/ Jose Hilario Reyes              11/24/2020
_____
Defendant's Signature               (date)

*Sylvia A. Irvin*                   11/24/2020
_____
Signature of Defendant's Attorney   (date)

AFPD Sylvia A. Irvin
_____
Printed Name of Defendant's Attorney

*[Judge's Signature]*
_____
Judge's Signature                   (date)

Brenda Weksler, U.S. Magistrate Judge
_____
Judge's Printed Name and Title